THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Vincent Pitts, Appellant.
 
 
 

Appeal From Newberry County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2011-UP-288   
 Submitted June 1, 2011  Filed June 13,
2011

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Christina Catoe, all of Columbia; and Solicitor
 Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Vincent Pitts appeals his convictions for
 distribution of crack cocaine and distribution within proximity of a park,
 arguing the trial court erred in allowing the State to introduce character
 evidence when Pitts did not place his character at issue.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authority:  State v. Johnson, 363 S.C. 53, 58-59, 609
 S.E.2d 520, 523 (2005) (holding an issue is not preserved for review unless a
 contemporaneous objection is made to and ruled upon by the trial court).
AFFIRMED.  
HUFF, WILLIAMS, and
 THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.